```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
BINITA SHARMA, on behalf of herself and all                :
others similarly-situated,                                 :
                                                           :
                            Plaintiff,                     :      23-CV-10309 (VSB)
                                                           :
              -against-                                    :         ORDER
                                                           :
EYEBROWS ON 125TH, INC., and SAMIRA                        :
NAK, individually,                                         :
                                                           :
                            Defendants.                    :
                                                           :
---------------------------------------------------------- X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiff filed this action on November 24, 2023, (Doc. 1), and filed affidavits of service on January 16, 2024, (Doc. 7), and January 26, 2024, (Doc. 8). The deadlines for Defendants Eyebrows on 125th, Inc. and Samira Nak (together, "Defendants") to respond to Plaintiff's complaint were January 10, 2024 and February 15, 2024, respectively. On March 28, 2024, the parties filed a joint stipulation to extend Defendants' deadline to answer the complaint to April 20, 2024, (Doc. 9), which I endorsed, (Doc. 10). To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 9, 2024. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: April 25, 2024
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge