

**Jeffrey R. Maguire**, Esq., Partner   o: (212) 939-7229   f: (212) 531-6129
a: 445 Hamilton Avenue, Suite 1500, White Plains, NY 10601
e: jmaguire@stevensonmarino.com

November 26, 2024

*Via ECF*
The Honorable Vernon S. Broderick
United States District Judge for the
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J. 11/27/2024

Re: *Sharma v. Eyebrows on 125th et al.*
    Docket No: 23-cv-10309 (VSB)

Dear Judge Broderick:

We represent Plaintiff Binita Sharma in the above-referenced matter against Eyebrows on 125th Inc., and Samira Nak (collectively referred to as "Defendants") alleging violations of the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL"). We write now, on behalf of Plaintiff and Defendants, to respectfully request a thirty-day extension of the parties' deadline to file their motion for settlement approval of Plaintiff's FLSA claims, extending the deadline from November 28, 2024, to December 28, 2024. The basis for the request is to provide the parties with more time to finalize the necessary motion papers. This is the first request for this extension and does not affect any other dates.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

[signature]

Jeffrey R. Maguire
Stevenson Marino LLP

To: Defendants' Counsel *via* ECF